202 So.2d 654

**LOUISIANA POWER & LIGHT COMPANY**

**v.**

**EDWARD J. GAY PLANTING & MANU-FACTURING COMPANY, Ltd.**

**No. 48849.**

Sept. 29, 1967.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.